IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 22-cr-403 |
| ) | |
| ) | |
| MATTHEW HUTTLE ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

Matthew Huttle, through his attorney Andrew Hemmer of the Federal Defender Program for the Northern District of Illinois, files this motion to modify his conditions of pretrial release to allow him to relocate to the Northern District of Indiana and for his pretrial courtesy supervision to be transferred from the Western District of Arkansas to the Northern District of Indiana. In support, Mr. Huttle states as follows:

1. Mr. Huttle's Order Setting Conditions of Release (OSCR) was entered on or about December 8, 2022. Mr. Huttle resided in the District of Idaho at the time for temporary work and thus the OSCR provided that Mr. Huttle would "receive and comply with courtesy supervision from the District of Idaho."

2. Mr. Huttle's employment in the District of Idaho as a contractor was project-based and the project(s) he was working on there have now concluded. Mr. Huttle was able to find similar work in Arkansas and and filed a motion to transfer his release to the Western District of Arkansas for work (Doc. 26) which the Court granted.

3. Mr. Huttle now believes moving back to Indiana is the best option for him because he has more and better work opportunities and employment connections in Indiana, he is from there, and his family including his children live there.

4.     Mr. Huttle has a permanent address at which to live in Merrillville, Indiana which he will provide the District of D.C. pretrial services officer assigned to his case.

5.     Accordingly, Mr. Huttle requests that the Court modify his OSCR to allow him to relocate to the Northern District of Indiana immediately and for his pretrial courtesy supervision to be transferred from the Western District of Arkansas to the Northern District of Indiana.

6.     Undersigned counsel has conferred with counsel for the government and D.C. Pretrial Services and neither the government nor D.C. Pretrial Services opposes the requested relief.

Accordingly, Mr. Matthew Huttle respectfully requests that the Court modify his conditions of pretrial release as set forth above, and for such other relief as the Court deems reasonable and just.

Respectfully submitted:
MATTHEW HUTTLE

By: /s/Andrew Hemmer
Andrew Hemmer
Counsel for Matthew Huttle

ANDREW HEMMER
FEDERAL DEFENDER PROGRAM
401 W. State Street - Suite 800
Rockford, IL 61101
(815) 961-0800