**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No.: 22-cr-403** |
| | **:** | |
| **MATTHEW HUTTLE,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**
**AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America (the "government"), with counsel for the defendant, Matthew Huttle, hereby move this Court to continue the virtual status conference currently set for next Wednesday, July 26, 2023.[1]  The parties further request that the Court set a change of plea hearing for defendant Matthew Huttle.

In support of this joint motion, the undersigned states as follows:

1.  The parties last convened for a virtual arraignment and status hearing on January 5, 2023. Since that date, the government and defense have been diligent in providing and reviewing discovery, and actively engaged in plea negotiations.

2.  On July 17, 2023, the parties finalized the terms of the plea agreement, and are prepared to present the proposed plea to the Court.   The proposal involves the defendant's plea to a misdemeanor charge, and thus the defendant respectfully requests that the plea hearing be held virtually. *See* Fed. R. Crim. P. 43(b)(2).

The parties therefore respectfully requests that the Court continue the July 26, 2023 status

---

[1] Co-defendant Dale Huttle moved to continue the status conference on July 14, 2023. ECF No. 32. The Court granted that motion on July 17, 2023, but the docket indicated that the motion was granted "as to DALE HUTTLE." To ensure that the status conference is continued for both defendants, Dale and Matthew Huttle, and that time is excluded under the Speedy Trial Act for both defendants, the parties make the request as to Matthew Huttle in this motion.

conference as to Matthew Huttle and set an in-person Change of Plea hearing for the same date

that the Court has set a Status Conference in co-defendant Dale Huttle's case – August 10, 2023.

The parties can provide additional availability as needed.

Both the government and defense move this Court to exclude the time within which the

trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., until the Change of

Plea hearing, on the basis that the ends of justice served by taking such actions outweigh the best

interest of the public and the defendant in a speedy trial pursuant to the factors described in 18

U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result

in a miscarriage of justice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar Number 481052

By: /s/ Ashley Akers
ASHLEY AKERS
MO Bar No. 69601
Trial Attorney, Detailee
1100 L Street NW
Washington, DC 20005
Phone: (202) 353-0521
Email: Ashley.Akers@usdoj.gov

*Attorneys for United States of America*

By: /s/ Andrew Hemmer
Andrew Hemmer
FEDERAL DEFENDER PROGRAM
401 W. State Street
Suite 800
Rockford, IL 60611
Phone: 815-961-3311

Email: andrew_hemmer@fd.org

*Attorney for Defendant Matthew Huttle*