IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 22-CR-403 |
| v. | |
| | 18 U.S.C. § 1752(a)(1) |
| MATTHEW HUTTLE, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Matthew Huttle, with the concurrence of his attorney, agree and stipulate to the below factual basis for defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, S.E., in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United

States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

5. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no member of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

6. At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of approximately $2,881,360.20 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Matthew Huttle's Participation in the January 6, 2021, Capitol Riot*

8. Defendant traveled to Washington, D.C. from Hobart, Indiana to attend the "Stop the Steal" rally for former President Donald Trump.

9. After attending the rally, defendant joined the crowd and marched to the U.S. Capitol. As he marched towards the Capitol with his uncle/co-defendant, Dale Huttle, the defendant said, "we're going to see if we can get inside." As they got closer to Capitol grounds, the defendant said, "we're going to be stopped here, I don't think we're going to get close. We're going to have to go up the side . . . . Cops, a lot of cops." His co-defendant responded, "I think we ought to bum rush the Capitol building. Arrest them all. We've got enough people to do that."

10. By 2:00 p.m., the defendant made it to Capitol grounds. He stood with the mass of rioters on the Lower West Terrace. The defendant used his cell phone to record the chaos around him. In his video, he said, "what are they shooting, a canon?" and he acknowledged that he felt

tear gas. Rioters around him chanted "USA USA USA!" As he faced the Capitol building, the defendant said, "some people just stormed it," and other rioters yelled "Breach it!"

11. The defendant and his co-defendant continued marching closer to the Capitol building and they eventually approached a police line. While next to the defendant, Dale Huttle and other rioters yelled at and berated officers who were protecting the Capitol, saying things like, "You guys need to be patriots! Be Americans! Your country is being stolen!" and "You can't stop a million of us! We're taking this house, just so you know," and "didn't you take an oath? You're serving the enemy," and "how will you be able to sleep tonight?" and "Congress is a bunch of traitors at this point they stole our country from us!" Dale Huttle leaned over to the defendant, pointed at the Capitol building and said, "were going in the front door." As rioters continued to confront the line of officers, officers attempted to disperse the crowd using munitions. The defendant said, "they're getting gassed." Moments after, a violent clash broke out between rioters and police officers.

12. After witnessing violent clashes between police officers and rioters, the defendant climbed up to the Upper West Terrace and marched towards the Senate Wing Door. He recorded rioters rushing into the building through the Parliamentarian's door and he said, "we're going in."

13. The defendant entered the Capitol building at 3:04 p.m. through the Senate Wing Door. As he entered, sirens blared, broken glass scattered the floor, and rioters yelled and chanted. The defendant recorded a video of rioters climbing into the Capitol building through the window and a door with shattered glass. The defendant entered the building through that door.

14. Once inside the building, the defendant said, "smells like a lot of weed in here. Everyone is smokin' weed." The defendant walked towards the Crypt. Along the way, he

approached a police officer and said, "I mean, what do you think about this – this is a bunch of fucking bullshit. I've never heard such bullshit in my life."

15. The defendant then marched into the Crypt where rioters chanted "USA USA!" He approached a group of rioters in an elevator. One of the other rioters asked, "What floor are they on?" The defendant replied, "third, right? and then asked a police officer, "did they go through the basement?"

16. After leaving the Crypt, the defendant walked into a private conference room as another rioter yelled, "This is day one of the revolution!" The defendant walked through the room and approached a shattered window and said, "we're inside, they've got the whole place surrounded . . ." and he took a video of police officers outside. The defendant walked back to the Crypt and joined rioters chanting, "WHOSE HOUSE? OUR HOUSE!"

17. After walking through several different areas in the Capitol building, police officers attempted to direct the defendant out of the building, but he turned around and walked away. He said, "I think that's a trap" and he had a "bad feeling" about the officers trying to get all the rioters out of "one door." The defendant walked back to the same area where he entered the building and climbed out of a window. In total, the defendant was inside the Capitol building for 16 minutes.

18. After leaving the Capitol building, the defendant remained on Capitol grounds for several hours. He took photos and videos of the rioters occupying Capitol grounds.

19. Defendant knew at the time he entered the U.S. Capitol Building that he did not have lawful authority to enter or remain in the building.

### *Elements of the Offense*

20. Defendant knowingly and voluntarily admits to all the elements of Entering and Remaining in a Restricted Building or Ground, in violation of 18 U.S.C. § 1752(a)(1). Specifically,

the defendant admits that he knowingly entered and remained in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Ashley Akers*
       ASHLEY AKERS
       Trial Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Matthew Huttle, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7-10-2023

MATTHEW HUTTLE
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 7/17/2023

ANDREW HEMMER
Attorney for Defendant