IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No.: 22-cr-403 |
| ) | |
| ) | |
| MATTHEW HUTTLE ) | |

**MOTION TO DELAY SELF-SURRENDER DATE**

Matthew Huttle, through his attorney Andrew Hemmer of the Federal Defender Program for the Northern District of Illinois, files this motion to delay his current self-surrender date of January 24, 2024 by 30 days, until no sooner than February 23, 2024. In support, Mr. Huttle states as follows:

1. On November 28, 2023, Mr. Huttle was sentenced to six months' incarceration followed by 12 months of supervised release.

2. Counsel for Mr. Huttle noted at the sentencing hearing that Mr. Huttle was in the process of scheduling a surgery date, which is related to the arthritis and trauma of his knees, in particular his left knee. *See* PSR ¶ 91. The Court advised the defense to wait until we had a surgery date scheduled to file a motion to delay the self-surrender date.

3. On January 3, 2024, the parties received notice of Mr. Huttle's self-surrender date of January 24, 2024 to USP Thomson in Thomson, Illinois.

4. Mr. Huttle has had multiple doctor's appointments since the sentencing hearing for evaluations and preparation for surgery, and has attempted to get a firm surgery date on the calendar. Most recently, he had preparatory injections and a CT scan at Franciscan Health Crown Point Radiology on January 12, 2024, and has an appointment set for January 24, 2024 at

Franciscan Physician Network Coolspring Health Center for steroid injections in preparation for surgery:



5.     Mr. Huttle had an appointment today, January 18, 2024, to review his CT scan results and hopefully schedule a surgery date. The results of the CT scan were worse than expected and Dr. James O. Hartson, an orthopedic surgeon at Franciscan Physician Network Coolspring Health Center, stated that Mr. Huttle has "severe left knee trauma and arthritis" and "will nee[d] major reconstructive surgery." Ex. 1, 1/18/24 Letter from Dr. Hartson.

6.     The surgery should be performed by the orthopedic surgeon noted in the screenshot below at the same medical office, Dr. Bryan Boyer, and includes the implantation of a

prosthetic femur in Mr. Huttle's leg and requires some recovery time after the surgery, which Dr. Boyer should advise Mr. Huttle of at the next appointment.

7.  Mr. Huttle did not receive the surgery date today, however, and now has a follow-up appointment scheduled with Dr. Boyer on January 25, 2024, at which he is supposed to be scheduled for the surgery:



8.  Thus, because Mr. Huttle's self-surrender date of January 24, 2024 is fast approaching, and he does not have a firm surgery date yet, the defense files this motion now seeking to delay Mr. Huttle's self-surrender date by 30 days to allow him to get a surgery date. The defense will then file another motion, immediately upon receiving the surgery date, with the

3

specific timetable expected with the surgery and recovery time seeking to delay the surrender date until after that.

9. Accordingly, Mr. Huttle respectfully requests a delay of his currently scheduled self-surrender date until no sooner than February 23, 2024. This brief delay will ensure that Mr. Huttle can obtain a surgery date and ultimately that he does not serve his time before he has had this major surgery and is fully recovered. This is also important given the fact that he has been designated to a non-medical facility at USP Thomson.

10. Mr. Huttle does not pose a risk of flight and has been compliant with his voluntary surrender requirements.

11. Undersigned counsel has conferred with counsel for the government and D.C. Probation regarding this request. Both parties advised defense counsel that they defer to the Court as to the requested relief.

For the reasons stated above, Mr. Huttle respectfully requests that the Court grant this motion and delay his self-surrender date to no sooner than February 23, 2024.

Respectfully submitted:
MATTHEW HUTTLE

By: /s/Andrew Hemmer
Andrew Hemmer
Counsel for Matthew Huttle

ANDREW HEMMER
FEDERAL DEFENDER PROGRAM
401 W. State Street - Suite 800
Rockford, IL 61101
(815) 961-0800